## ANONYMOUS.

*Notice of Trial,—*The first notice of trial of a cause appealed from a Justice's Court may be an eight-day notice; subsequent notices of trial must be given fourteen days before term.

*Lenawee Circuit, June,* 1870.

This cause, on appeal from a Justice's Court, had been noticed for trial at a previous term, and was now noticed a second time for trial, eight days before term.

*W. W. Osborn* moved to strike the cause from the calendar for want of, sufficient notice.

*C. E. Weaver, contra.*

*By the Court,* PRATT, J.—Under *C. L.*, § 3854, the first notice of trial in a cause coming into this Court on appeal from a Justice's Court, is sufficient if served eight days before the term at which the trial is intended to be heard, whether such term be the first or any subsequent one after the appeal was taken. But all notices of trial in such cases after the first notice, must be served at least fourteen days before the first day of the term at which the trial is intended to be had. *C. L.*, § 4347.

Motion granted.